Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17349−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddie Vasquez
   212 61st Street, Apt. 1
   West New York, NJ 07093

Social Security No.:
   xxx−xx−2268

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/30/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 30, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-17349-JKS
Eddie Vasquez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Nov 30, 2023    Form ID: 148    Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: es191292@aol.com | Nov 30 2023 20:41:00 | Eddie Vasquez, 212 61st Street, Apt. 1, West New York, NJ 07093-6200 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520009777 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 30 2023 20:41:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 520069179 | | EDI: BANKAMER | Dec 01 2023 01:34:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520016180 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 30 2023 20:56:47 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520006552 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 30 2023 20:57:03 | CWS/CW NEXUS, 101 CROSSWAYS PARK DR W, WOODBURY, NY 11797-2020 |
| 520006553 | + | EDI: BLUESTEM | Dec 01 2023 01:34:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 520006554 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 30 2023 20:41:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 520006555 | | EDI: IRS.COM | Dec 01 2023 01:34:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520006551 | | EDI: JPMORGANCHASE | Dec 01 2023 01:34:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520006556 | ^ | MEBN | Nov 30 2023 20:40:05 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520009798 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 20:57:08 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520011721 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 20:57:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520006557 | | Email/Text: camanagement@mtb.com | Nov 30 2023 20:42:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: 148 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 844, BUFFALO, NY 14240 |
| 520066273 | | Email/Text: camanagement@mtb.com | Nov 30 2023 20:42:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520006558 | + | EDI: NAVIENTFKASMSERV.COM | Dec 01 2023 01:34:00 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 520020934 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 30 2023 20:41:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 520006562 | | EDI: PRA.COM | Dec 01 2023 01:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 520070792 | | EDI: PRA.COM | Dec 01 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 520071606 | | EDI: PRA.COM | Dec 01 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520009838 | | EDI: Q3G.COM | Dec 01 2023 01:34:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520006564 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 20:57:08 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520006565 | + | EDI: SYNC | Dec 01 2023 01:34:00 | SYNCHRONY BANK/PC RICHARD, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520006566 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 30 2023 20:41:00 | TBOM/ATLS/ASPIRE, PO BOX 105555, ATLANTA, GA 30348-5555 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520006559 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 520006560 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 520006561 | *+ | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 520006563 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023              Signature:         /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 30, 2023 | Form ID: 148 | Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Eddie Vasquez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4